IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 01 CR 1115 |
| ) | |
| ALFREDO LONGORIA and ) | |
| LEONEL DURAN, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM ORDER

This Court has just received the unpublished June 20, 2005 order from our Court of Appeals that (1) affirmed the convictions of Alfredo Longoria ("Longoria") and Leonel Duran ("Duran") but (2) issued a limited remand order as to their sentences, as prescribed by United States v. Paladino, 401 F.3d 471, 483-84 (7th Cir. 2005). From this Court's review of its retained materials in this case, it regards the likelihood of imposing the same sentence on Duran as questionable at best and is uncertain as to Longoria's situation in that respect. In any event, counsel for the government and for Longoria and Duran are ordered to file contemporaneous submissions in this Court's chambers on or before July 8, 2005, at which point this Court will determine what further proceedings may be necessary.

                                                         _____
                                                         Milton I. Shadur
                                                         Senior United States District Judge

Date: June 23, 2005